UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM DUNKLE,<br><br>　　　　　Defendant. | Case No.: **08CR4406-BTM**<br><br>ORDER TO CONTINUE SENTENCING HEARING |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

The sentencing hearing scheduled for Friday, January 22, 2010 at 10:30 a.m. be continued to Friday, March 5, 2010 at 10:30 a.m.

**SO ORDERED.**

DATED: January 14, 2010

　　　　　　　　　　　　　　　　　　　BARRY TED MOSKOWITZ
　　　　　　　　　　　　　　　　　　　United States District Court Judge

1